CITED *in Landrum* v. *Knowles,* 8 *C. E. Gr.* 594.

---

LEVI PEACOCK AND LETTIS PEACOCK, HIS WIFE, SUING BY BENJAMIN R. PEACOCK, HER NEXT FRIEND, APPEL-LANTS, AND JOHN BLACK AND THOMAS BLACK, EXECU-TORS OF DANIEL NEWBOLD, DECEASED, WHO WAS EX-ECUTOR OF JOHN HOLLINSHEAD, DECEASED, APPELLEES.

Where a bill for the recovery of a legacy bequeathed to a married woman was filed thirty-one years after the death of the testator, twenty-four years after the settlement of the estate, and seventeen years after the death of the executor, and no cause shown for the delay, the bill was dismissed on the ground of the presumption of the payment of the demand arising from the time which had passed after the right of action accrued before suit brought.

---

This case is reported in 3 *Green's Chan. Rep.* 61. It was argued before the Court of Errors and Appeals by *G. D. Wall,* for the appellants, who cited 2 *Story's Eq. Pl.,* § 61; 2 *Story's Eq.,* § 402; 2 *Kent's Com.* 235; 1 *Green's Chan. Rep.* 37; 2 *Ibid.* 267; 14 *Vesey* 469; 16 *Vesey* 413; 1

*Green's Chan. Rep.* 429 ; *Ibid.* 37 ; *Story's Eq.*, § 1067 ; £ *Vesey* 517 ; 10 *Vesey* 579 ; 2 *Vesey* 673 ; 5 *Johns. Chan. Rep.* 206 ; 2 *Story*, §§ 1405, 1406 ; 13 *Vesey* 6 ; 2 *Kent's Com.* 137, 138 ; 5 *Vesey* 514 ; 9 *Vesey* 173 ; 12 *Vesey* 413 ; 2 *Mad. Ch. R.* 153 ; 2 *Green's Ch. R.* 264, 516 ; 17 *Vesey* 96 ; 2 *P. Wms.* 144 ; 1 *Ibid.* 742 ; 3 *Bro. Chan. R.* 633 ; 1 *Chan. Cases* 20, 26 ; 2 *Ibid.* 5 ; 2 *Ventr.* 345 ; 3 *Bro. Chan.* 639, *note ;* 2 *Story*, § 1367 ; 19 *Vesey* 641 ; 4·*Eq. Dig.* 366, §§ 7, 10 ; 4 *Ibid.* 242, §§ 1, 2 ; 2 *Vesey* 472 ; 1 *Johns. Chan. R.* 314 ; 1 *Atk.* 467 ; 1 *Coxe's Chan. R.* 28 ; 3 *Johns. Ch. R.* 216 ; 7 *Ibid.* 90 ; 2 *Ves., Jr.*, 943 ; *Cooper's Chan. R.* 205 ; 2 *Vesey* 12, 94 ; 3 *Johns. Chan. R.* 147.

*H. W. Green*, for the respondents, who cited *Saxton's Chan. R.* 690 ; *Atkinson* 28.

The decree of the Chancellor was unanimously affirmed, except as to costs ; and as to costs, it was reversed.